# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE

L.I.F.T. (LOUISIANA INSTITUTE OF
FILM TECHNOLOGY), LLC

CASE NO. 11-12806

CHAPTER 11

DEBTOR

SECTION "B"

## PROPOSED CONSENT ORDER GRANTING
## JOINT MOTION AND APPROVING STIPULATION

This matter came on for expedited hearing on *December 9*, 2015, after notice to all creditors and parties in interest, pursuant to *the Joint Motion and Stipulation for Entry of Consent Order* [Doc. 609] filed by L.I.F.T. (Louisiana Institute of Film Technology), L.L.C. ("LIFT" or "Debtor"), debtor and debtor-in-possession herein, and the State of Louisiana Department of Revenue ("LDR") and Timothy Barfield, in his capacity as Secretary of the LDR. Considering the arguments and representations of counsel and this Court's *in camera* review of separate settlement agreements ("the Settlement Agreements") between LIFT and Film Factory, LLC, on one hand, and each of the Department of Economic Development and the Office of Entertainment Industry Development (collectively "LED") and LDR, on the other, the Court being satisfied that approval of the Settlement Agreements and entry of this Consent Order is in the best interest of the Debtor, its estate, its creditors, and its equity interests,

**IT IS ORDERED** that LIFT and its wholly owned subsidiary, Film Factory, LLC, ("Film Factory") acting through Kimberly Calhoun, as co-manager of LIFT, pursuant to the

authority granted to her, as a co-manager, under the First Amended and Restated Operating Agreement ("the Operating Agreement") dated as of January 1, 2004, be and they are hereby authorized and directed to execute the Settlement Agreement, in substantially the form and of the substance as that presented to this Court for *in camera* review, between LIFT and Film Factory, on the one hand, and LED, and to execute the Settlement Agreement, in substantially the form and of the substance as that presented to this Court for *in camera* review, between LIFT and Film Factory, on the one hand, and LDR.

**IT IS FURTHER ORDERED** that, after execution of the Settlement Agreements by all parties, that LIFT, Film Factory, and counsel for both be and they are hereby authorized and directed to take all actions required to fully implement the terms of the Settlement Agreements.

**IT IS FURTHER ORDERED** that the principal sum in the amount of six million four hundred fifty-two thousand two hundred fifty six dollars ($6,452,256.00) originally ~~immediately~~ *JCB* deposited by the State of Louisiana Department of Revenue, be disbursed in its entirety to the State of Louisiana Department of Revenue, with all interest earned and accrued, subject to deductions for the fees described herein and in Local Bankruptcy Rule 7067-1(F) ("Disbursed Funds"). *All appeal delays regarding this Order are hereby waived. JCB*

**IT IS FURTHER ORDERED** that the Director of the Administrative Office, as the custodian of the Court Registry Investment System ("CRIS"), under 28 U.S.C. § 2045, is hereby authorized and directed to deduct the appropriate investment services fee for the management of investments in the CRIS and registry fee for maintaining accounts deposited

with the Court as provided by Local Bankruptcy Rule 7067-1(F).

**IT IS FURTHER ORDERED** that the State of Louisiana Department of Revenue is to provide the financial deputy their tax identification number and complete any forms required by the Internal Revenue Service for reporting of the interest earned, as required by Local Bankruptcy Rule 7067-1(E) and, after the requirements of Local Bankruptcy Rule 7067-1(E) are satisfied by the State of Louisiana Department of Revenue, that payment of the Disbursed Funds be made by the financial deputy to the State of Louisiana Department of Revenue, 617 North 3rd Street, 7th Floor, Baton Rouge, LA 70802.

**IT IS FURTHER ORDERED** that the *Motion to Enforce Confirmation Order and Finding LED in Civil Contempt of 11 U.S.C. §§ 362(A)(3), 524(A)(2) and the Confirmation Order*, as amended [Docs. 535 and 543] ("the Contempt Motion") filed by LIFT and this Court's Order thereon entered on October 7, 2015 [Doc. 571] ("the Order") be and they are hereby deemed satisfied as a result of the execution and implementation of the Settlement Agreements.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to enforce the Order, this Consent Order, and the Settlement Agreements.

New Orleans, Louisiana, , 2015.   December 9, 2015

Jay Brown